PER CURIAM.
Affirmed. See Abner’s Beef House Corp. v. Abner’s Internat’l, Inc., Fla.1969, 227 So.2d 865; Junior Food Stores of W. Fla. v. Jr. Food Stores, Inc., Fla.1969, 226 So.2d 393; Tampa Wholesale Co. v. Foodtown, U.S.A., Inc., Fla.App.1964, 166 So.2d 711; Jet Air Freight v. Jet Air Freight Delivery, Inc., Fla.App.1972, 264 So.2d 35; Florida Statutes § 495.151, F.S.A.
REED, C. J., and CROSS and MAGER, JJ., concur.